# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 03/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Avondale Acres Investment Partnership |
| 2. | Committee Member | Commission on the Future of Legal Education |
| 3. | Committee Member | National Conference of Bar Examiners Torts Drafting Committee |
| 4. | Trustee | Trust #1 (reportable assets are included in Part VII) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 03/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | National Conference of Bar Examiners (stipend) | $8,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Arizona State Retirement System (pension) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Goldman Sachs | Portfolio Loan | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. US BANK (cash) | A | Interest | L | T | | | | | |
| 3. AVONDALE ACRES INVESTMENT PARTNERSHIP (REAL ESTATE, AVONDALE, AZ) | B | Distribution | K | W | | | | | |
| 4. ACCOUNT #1 (H) | | | | | | | | | |
| 5. HSBC BANK USA NATL ASSOC (cash) (Y) | | | | | | | | | |
| 6. LPL FINANCIAL DEPOSIT ACCOUNT (cash) (X) | A | Interest | K | T | | | | | |
| 7. AGNC INVESTMENT CORP (AGNC) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 8. BEYOND MEAT INC (BYND) | | None | J | T | Buy | 12/07/20 | J | | |
| 9. DROPBOX INC CL A (DBX) | | None | K | T | Buy | 12/07/20 | K | | |
| 10. ISHARES SILVER TRUST (SLV) | | None | J | T | Buy | 12/07/20 | J | | |
| 11. JPMORGAN CHASE ALERIAN MLP INDEX (AMJ) | B | Dividend | | | Sold (part) | 11/05/20 | J | | |
| 12. | | | | | Sold | 11/09/20 | J | | |
| 13. SWITCH INC CL A (SWCH) | A | Dividend | K | T | Buy | 10/29/20 | J | | |
| 14. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 15. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | K | T | | | | | |
| 16. AMERICAN BEACON ARK TRANSFORM INNOVATION CL Y (ADNYX) | A | Dividend | K | T | Buy | 08/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 18. | | | | | Buy<br>(add'l) | 12/07/20 | K | | |
| 19. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | K | T | | | | | |
| 20. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | | None | | | Sold | 05/28/20 | K | | |
| 21. DOUBLELINE TOTAL RETURN (DBLTX) | B | Dividend | L | T | | | | | |
| 22. DOUBLELINE SHILLER ENH CAPE (DSEEX) | B | Dividend | L | T | Sold<br>(part) | 05/28/20 | K | | |
| 23. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | A | Dividend | K | T | | | | | |
| 24. FIRST EAGLE GOLD (FEGIX) | A | Dividend | L | T | | | | | |
| 25. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | K | T | Sold<br>(part) | 12/07/20 | J | | |
| 26. ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | | | Sold | 12/07/20 | K | | |
| 27. ISHARES EDGE MSCI MIN VOL ETF (USMV) | A | Dividend | K | T | | | | | |
| 28. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | K | T | | | | | |
| 29. MATTHEWS ASIA JAPAN INV (MJFOX) | B | Dividend | K | T | Sold<br>(part) | 12/07/20 | J | | |
| 30. METROPOLITAN WEST TOT RET BD I (MWTIX) | B | Dividend | K | T | | | | | |
| 31. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | L | T | Sold<br>(part) | 08/17/20 | J | | |
| 32. | | | | | Sold<br>(part) | 12/07/20 | K | | |
| 33. PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. PACER TRENDPILOT 100 ETF (PTNQ) | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 35. PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | K | T | | | | | |
| 36. PERMANENT PORTFOLIO CL I (PRPFX) | A | Dividend | J | T | Buy | 12/07/20 | J | | |
| 37. PGIM FLOATING RATE INC Z (FRFZX) | A | Dividend | | | Sold | 10/29/20 | J | | |
| 38. PGIM TOT RET BD Z (PDBZX) | B | Dividend | K | T | Sold<br>(part) | 05/28/20 | J | | |
| 39. PIMCO INCOME P (PONPX) | B | Dividend | K | T | | | | | |
| 40. SPDR PORTFOLIO S&P 500 GROWTH ETF (SPYG) | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 41. | | | | | Sold<br>(part) | 12/07/20 | K | | |
| 42. STRAT NASDAQ 7 HANDL ETF (HNDL) | B | Dividend | K | T | | | | | |
| 43. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | A | Dividend | J | T | | | | | |
| 44. T ROWE PRICE MID CAP GR ADV (RPMGX) | A | Dividend | J | T | | | | | |
| 45. TOUCHSTONE SANDS CAP SELECT GROWTH CL Y (CFSIX) | B | Dividend | K | T | Buy | 12/07/20 | K | | |
| 46. VANGUARD INFLAT PROT SEC FUND (VIPSX) | A | Dividend | J | T | | | | | |
| 47. VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | | | | | |
| 48. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | | | | | |
| 49. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | | | | | |
| 50. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. ACCOUNT #2 (H) | | | | | | | | | |
| 52. INVESCO DB COMMODITY INDEX TRA (DBC) (Y) | | | | | | | | | |
| 53. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | | | Sold | 06/26/20 | J | | |
| 54. AMERICAN BEACON SIM HIGH YIELD OPPTYS CL Y (SHOYX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 55. ARTISAN INTL VALUE ADVISOR CL (APDKX) | A | Dividend | | | Buy | 06/26/20 | J | | |
| 56. | | | | | Sold | 12/08/20 | J | | |
| 57. BLACKROCK SYSTEMATIC MULTI STRATEGY INSTL CL (BIMBX) | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 58. CLEARBRIDGE LARGE CAP GROWTH CL I (SBLYX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 59. COLUMBIA SELECT LG CAP GW I (UMLGX) | A | Dividend | | | Sold | 06/26/20 | J | | |
| 60. DELAWARE DIVERSIFIED INCOME INSTL CL (DPFFX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 61. DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | | | Sold | 06/26/20 | J | | |
| 62. FIRST EAGLE GOLD CL I (FEGIX) (X) | | None | | | Sold | 06/26/20 | J | | |
| 63. HARBOR CAP APPREC INSTL CL (HACAX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 64. HARDING LOEVNER EMERGING MARKETS ADVISOR CL (HLEMX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 66. JOHN HANCOCK DISCIPLINED VALUE CL I (JVLIX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 67. JOHN HANCOCK DISCIPLINED VAL MID CAP CL I (JVMIX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68.  METROPOLITAN WEST TOTAL RETURN BOND CL I (MWTIX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 69.  MFS VALUE CL I (MEIIX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 70.  PACER TRENDPILOT 750 ETF (PTLC) | | None | | | Sold | 06/26/20 | J | | |
| 71.  T ROWE PRICE EMERGING MARKETS BOND INVESTOR CL (PREMX) (X) | A | Dividend | J | T | | | | | |
| 72.  TOUCHSTONE SANDS CAP SEL GR (CFSIX) | | None | | | Sold | 06/26/20 | J | | |
| 73.  VANGUARD GROWTH ETF (VUG) | A | Dividend | | | Sold | 06/26/20 | J | | |
| 74.  ACCOUNT #3 (H) | | | | | | | | | |
| 75.  COMENITY CAPITAL BANK (cash) (X) | | None | J | T | | | | | |
| 76.  BEYOND MEAT INC (BYND) | | None | J | T | Buy | 12/07/20 | J | | |
| 77.  CUBESMART COM (CUBE) | A | Dividend | | | Sold | 12/07/20 | J | | |
| 78.  DROPBOX INC CL A (DBX) | | None | J | T | Buy | 12/07/20 | J | | |
| 79.  EQUITY LIFESTYLE PROPERTIES (ELS) | A | Dividend | | | Sold | 12/07/20 | J | | |
| 80.  JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | A | Dividend | | | Sold | 12/07/20 | J | | |
| 81.  AMERICAN BEACON ARK TRANSFORM INNOVATION CL Y (ADNYX) | A | Dividend | J | T | Buy | 08/17/20 | J | | |
| 82. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 83.  BNY MELLON SM/MD/CAP GRW I (SDSCX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | | | | | |
| 85. | COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | | None | | | Sold | 05/28/20 | J | | |
| 86. | DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | | | | | |
| 87. | DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | Sold (part) | 05/28/20 | J | | |
| 88. | FIDELITY ADV EMERG MKTS I (FIMKX) | A | Dividend | J | T | | | | | |
| 89. | FIRST EAGLE GOLD (FEGIX) | A | Dividend | J | T | | | | | |
| 90. | FRANKLIN INTL GROWTH ADV (FNGZX) | A | Dividend | J | T | | | | | |
| 91. | ISHARES MORTGAGE REAL ESTATE (REM) | A | Dividend | J | T | | | | | |
| 92. | ISHARES RESIDNTL RL EST ETF (REZ) | A | Dividend | J | T | | | | | |
| 93. | ISHARES EDGE MSCI USA MIN VOL (USMV) | A | Dividend | J | T | | | | | |
| 94. | MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | J | T | | | | | |
| 95. | METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | | | | | |
| 96. | PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | J | T | Sold (part) | 08/17/20 | J | | |
| 97. | PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | J | T | | | | | |
| 98. | PACER TRENDPILOT 100 ETF (PTNQ) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 99. | PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | J | T | | | | | |
| 100. | PERMANENT PORTFOLIO CL I (PRPFX) | A | Dividend | J | T | Buy | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. PGIM TOT RET BD Z (PDBZX) | A | Dividend | J | T | | | | | |
| 102. PIMCO INCOME (PONPX) | A | Dividend | J | T | | | | | |
| 103. SPDR PORTFOLIO S&P 500 GROWTH ETF (SPYG) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 104. | | | | | Sold (part) | 12/07/20 | J | | |
| 105. STRATEGY NASDAQ 7 HANDL INDEX ETF (HNDL) | A | Dividend | J | T | | | | | |
| 106. TOUCHSTONE SANDS CAP SELECT GROWTH CL Y (CFSIX) | A | Dividend | J | T | Buy | 12/07/20 | J | | |
| 107. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | | | | | |
| 108. WISDOMTREE TRUST JAPN HEDGE (DXJ) | A | Dividend | J | T | | | | | |
| 109. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | J | T | | | | | |
| 110. ACCOUNT #4 (H) | | | | | | | | | |
| 111. JOHN HANCOCK MGD VOL GROWTH PORTFOLIO | | None | N | T | | | | | |
| 112. ACCOUNT #5 (H) | | | | | | | | | |
| 113. LPL FINANCIAL DEPOSIT ACCOUNT (cash) (X) | A | Interest | K | T | | | | | |
| 114. AGNC INVESTMENT CORP (AGNC) | B | Dividend | K | T | Buy | 05/08/20 | J | | |
| 115. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 116. ANNALY CAPITAL MANAGEMENT INC (NYL) | B | Dividend | K | T | Buy | 05/08/20 | J | | |
| 117. | | | | | Buy (add'l) | 07/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.   BEYOND MEAT INC (BYND) | | None | J | T | Buy | 12/07/20 | J | | |
| 119.   CUBESMART COM (CUBE) | A | Dividend | J | T | | | | | |
| 120.   DROPBOX INC CL A (DBX) | | None | K | T | Buy | 12/07/20 | K | | |
| 121.   EQUITY LIFESTYLE PROPERTIES (ELS) | A | Dividend | | | Sold | 12/07/20 | J | B | |
| 122.   ISHARES SILVER TRUST (SLV) | | None | J | T | Buy | 12/07/20 | J | | |
| 123.   JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | A | Dividend | | | Buy | 05/28/20 | K | | |
| 124. | | | | | Sold (part) | 11/05/20 | J | | |
| 125. | | | | | Sold | 11/09/20 | K | | |
| 126.   SWITCH INC CL A (SWCH) | A | Dividend | K | T | Buy | 10/29/20 | J | | |
| 127. | | | | | Buy (add'l) | 12/07/20 | K | | |
| 128.   ALPS ALERIAN MLP ETF (AMLP) | B | Dividend | | | Sold | 05/28/20 | K | | |
| 129.   AMERICAN BEACON ARK TRANSFORM INNOVATION CL Y (ADNYX) | A | Dividend | L | T | Buy | 08/17/20 | K | | |
| 130. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 131. | | | | | Buy (add'l) | 12/07/20 | K | | |
| 132.   BLACKROCK MUNIYIELD FUND INC (MYD) | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 133. | | | | | Buy (add'l) | 05/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. | | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 135. | BNY MELLON SMALL MID CAP GRWTH CL I (SDSCX) | C | Dividend | L | T | | | | | |
| 136. | COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | K | T | | | | | |
| 137. | DOUBLELINE TOTAL RETURN (DBLTX) | C | Dividend | M | T | | | | | |
| 138. | DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | M | T | Sold<br>(part) | 05/28/20 | K | D | |
| 139. | FIDELITY ADVISOR EMERGING MARKETS CL I (FIMKX) | | None | L | T | Buy | 12/07/20 | L | | |
| 140. | FIRST EAGLE GOLD (FEGIX) | B | Dividend | L | T | | | | | |
| 141. | FRANKLIN INTERNATIONAL GROWTH ADVANCED (FNGZX) | B | Dividend | L | T | | | | | |
| 142. | ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | | | Sold | 12/07/20 | K | | |
| 143. | ISHARES EDGE MSCI USA MIN VOL ETF (USMV) | B | Dividend | L | T | | | | | |
| 144. | ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | | | Sold | 07/15/20 | K | | |
| 145. | MATTHEWS ASIA JAPAN (MJFOX) | C | Dividend | K | T | Sold<br>(part) | 12/07/20 | J | D | |
| 146. | METROPOLITAN WEST TOT RET BD I (MWTIX) | B | Dividend | K | T | | | | | |
| 147. | NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | K | T | | | | | |
| 148. | PACER TRENDPILOT US LARGE CAP (PTLC) | B | Dividend | M | T | Sold<br>(part) | 12/07/20 | L | D | |
| 149. | PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | K | T | | | | | |
| 150. | PACER TRENDPILOT 100 ETF (PTNQ) | A | Dividend | K | T | Buy | 05/28/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 151. PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | K | T | | | | | |
| 152. PERMANENT PORTFOLIO CL I (PRPFX) | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 153. PGIM TOT RET BD Z (PDBZX) | B | Dividend | L | T | Sold (part) | 05/28/20 | K | A | |
| 154. PIMCO SHORT TERM P (PTSPX) | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 155. SECTOR CONSUMER STAPLES SELECT SECTOR SPDR (XLP) | A | Dividend | | | Buy | 03/27/20 | J | | |
| 156. | | | | | Sold | 12/09/20 | J | B | |
| 157. SPDR SERIES TRUST S&P BIOTECH ETF (XBI) | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 158. STRATEGY NASDAQ 7 HANDL INDEX ETF (HNDL) | B | Dividend | L | T | Buy (add'l) | 12/07/20 | J | | |
| 159. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | K | T | | | | | |
| 160. T ROWE PRICE QM US SMALL CAP GROWTH EQUITY (PRDSX) | B | Dividend | K | T | | | | | |
| 161. TRANSAMERICA BOND CL I (TFXIX) | A | Dividend | K | T | | | | | |
| 162. VANECK VECTORS MTG REIT INCOME ETF (MORT) | A | Dividend | K | T | Buy | 07/15/20 | K | | |
| 163. VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | | | | | |
| 164. WELLS FARGO MUNI BOND (WMBIX) | A | Dividend | K | T | | | | | |
| 165. WISDOMTREE EMERG MKTS ESG (RESE) (was DIVIDEND FUND ETF (DVEM)) | A | Dividend | | | Sold | 12/07/20 | K | | |
| 166. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 167.  WISDOMTREE EMERG MKTS CONS GRWTH FD (EMCG) | A | Dividend | | | Sold | 06/09/20 | K | | |
| 168.  WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | | | | | |
| 169.  ACCOUNT #6 (H) | | | | | | | | | |
| 170.  AMERICAN AMCAP 529A (CAFAX) | B | Dividend | K | T | | | | | |
| 171.  AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | K | T | | | | | |
| 172.  ACCOUNT #7 (H) | | | | | | | | | |
| 173.  AMERICAN AMCAP 529A (CAFAX) | B | Dividend | K | T | | | | | |
| 174.  AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | K | T | | | | | |
| 175.  ACCOUNT #8 (H) | | | | | | | | | |
| 176.  AMERICAN AMCAP 529A (CAFAX) | A | Dividend | J | T | | | | | |
| 177.  AMERICAN BALANCED 529 A (CLBAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 03/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 03/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544